UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYAN PINELLI,<br><br>Plaintiff(s),<br>v.<br><br>GRANITE CONSTRUCTION COMPANY, et al.,<br><br>Defendant(s). | CASE NO. C26-3619-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO THE COMPLAINT |

The parties filed a stipulated motion to extend Defendant's deadline to respond to the complaint. Dkt. No. 14. Finding good cause, the Court GRANTS the motion. *Id.* Defendant must respond to the complaint no later than November 15, 2026.

Dated this 4th day of November, 2026.

Kymberly K. Evanson
United States District Judge